IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Curtis Hollars, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Credit Acceptance, Inc., et al.,<br><br>Defendants.<br>_____/ | NO. C 05-00978 JW<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

In light of the ongoing progress towards settlement discussed at the case management conference this morning, the Court schedules a further case management conference for November 28, 2005 at 10:00 a.m. Pursuant to Local Rule 16-9, the parties shall meet and confer and file a joint case management statement by November 18, 2005.

Dated: September 19, 2005

05eciv0978addcmc

/s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allison Amy Krumhorn allison@caclawyers.com
Brian Lewis Bromberg brian@brianbromberg.com
Lance A. Raphael lar@caclawyers.com
Maureen Ann Harrington mharrington@mghhsf.com
Ronald  Wilcox ronaldwilcox@post.harvard.edu

Dated: September 19, 2005                    Richard W. Wieking, Clerk

                    By:___/s/ JW Chambers_____
                      Ronald L. Davis
                      Courtroom Deputy

**United States District Court**
For the Northern District of California