**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Curtis Hollars, | NO. C 05-00978 JW |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| National Credit Acceptance, Inc., et al., | |
| Defendants. | |

The case management conference in this case currently scheduled for November 28, 2005 is continued to January 23, 2006 at 10:00 a.m. The parties shall file a further joint case management statement in accordance with the Local Rules on or before January 13, 2006.

Dated: November 23, 2005                   /s/ James Ware
05eciv00978ctdcmc                           JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allison Amy Krumhorn allison@caclawyers.com
Brian Lewis Bromberg brian@brianbromberg.com
Lance A. Raphael lar@caclawyers.com
Maureen Ann Harrington mharrington@mghhsf.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

Dated: November 23, 2005              Richard W. Wieking, Clerk

                                      By:__/s/ JW Chambers_____
                                          Ronald L. Davis
                                          Courtroom Deputy