**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Curtis Hollars, | NO. C 05-00978 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| National Credit Acceptance, Inc., et al., | |
| Defendants. | |

On January 9, 2006, Magistrate Judge Seeborg informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates. On or before May 15, 2006, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on May 29, 2006 at 9:00 a.m. and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before May 15, 2006, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically

1  vacated.

2    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss
3  this action.

5  Dated: January 11, 2006         /s/ James Ware
  05eciv978oscsettl               JAMES WARE
6                       United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Allison Amy Krumhorn allison@caclawyers.com
Brian Lewis Bromberg brian@brianbromberg.com
Lance A. Raphael lar@caclawyers.com
Maureen Ann Harrington mharrington@mghhsf.com
Ronald Wilcox ronaldwilcox@post.harvard.edu

**Dated: January 11, 2006**                              **Richard W. Wieking, Clerk**

                                        **By:__/s/ JW Chambers_____**
                                               **Melissa Peralta**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California